UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO.: 3:08cr79/MCR

**CLAUDIA CONSTANCE HIRMER,
MARK STEVEN HIRMER,
EUGENE JOSEPH CASTERNOVIA,
ROBERT LEIGHTON PENDELL,
ELLEN MEREDITH STUBENHAUS,
ARNOLD RAY MANANSALA,
DOVER EUGENE PERRY,
MICHAEL GUY LEONARD,
MARK DANIEL LEITNER,
ARTHUR RAMIREZ MERINO,
and
JEFFRY JEAN JENKS**
_____/

**O R D E R**

This matter is before the court on the government's motion to dismiss certain counts of the indictment, to dismiss certain overt acts from Count One, and to correct a statutory citation. (Doc. 728). Defendants, Mark and Claudia Hirmer oppose the government's motion in part.[1] (*See* doc. 729). Upon consideration of the foregoing, as well as the government's reply (doc. 796), it is hereby **ORDERED** that the government's motion is **GRANTED** as follows:

1. Counts Four through Fifteen of the original indictment are hereby dismissed with[2] prejudice as against all remaining defendants, except Ellen Stubenhaus.

---

[1] Specifically, the Hirmers object to dismissal of counts 4, 5, 6, 7, 8, 10, 11 and 13 if the dismissal is to be without prejudice, and objects to the correction of the "scrivener's error" without the court's review of the applicable grand jury transcripts. (*See* doc. 729).

[2] Though the government initially requested that counts 4-15 be dismissed without prejudice, in reply to the Hirmers' objection, the government represents it has no objection to dismissal with prejudice as to the wire fraud charges. (*See* doc. 796).

2. Count Two, and the accompanying forfeiture counts, are hereby dismissed without prejudice as against defendants Mark Leitner, Arthur Merino, and Jeffry Jenks.

3. Defendant Jeffry Jenks is released from the supervision of the Court and the U.S. Probation and Pre-Trial Services Office immediately.

4. The overt acts enumerated 4, 13-15, 19, 21, 28-29, 31-32, and 38 are dismissed from Count One of the indictment. It is further **ORDERED** that the last sentence of overt act 44 is dismissed from Count One of the indictment. It is further **ORDERED** that the language "who had been indicted in the District of Washington in 2004" in overt act 47 is dismissed from Count One of the indictment.

5. The government's request to correct the citation to 18 U.S.C. § 982(a)(2) in the forfeiture count of the indictment is GRANTED, and that the indictment shall instead reflect a citation to 18 U.S.C. § 982(a)(1).

**DONE and ORDERED** this 8th day of February, 2010.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**